1  Christopher P. Wend, State Bar No. 192948
   LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES
2  865 South Figueroa Street, 32nd Floor
   Los Angeles, California  90017-5431
3  Phone (213) 426-3600
   Fax (213) 426-3650
4
   Attorneys for Defendant,
5  HOUSE EAR CLINIC, INC.

E-FILED
SEP 11 2015
Document #

E-FILED
COURTESY COPY
FILED: SEPTEMBER 10, 2015
TIME:  9:40 A.M.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| MICHAEL JAMES RYAN, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HOUSE EAR CLINIC, an unknown business entity in California; HOUSE NEUROSURGICAL ASSOCIATES, an unknown business entity in California; ST. VINCENT MEDICAL CENTER, an unknown business entity in California; RICK A FRIEDMAN, M.D. as an individual and medical doctor; MARKS. SCHWARTZ, M.D., as an individual and medical doctor; MARK LORENZ, M.D., as an individual and medical doctor; ELINA KARl, M.D., as an individual and medical doctor; UCLA RESNICK NEUROPSYCHIATRIC HOSPITAL, a California corporation; STANLEY MOSK SUPERIOR COURT, a California corporation,<br><br>　　　　Defendants. | Civil No. 2:14-CV-09958-PSG-JEMx<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Hon. Philip S. Gutierrez<br><br>[~~PROPOSED~~] JUDGMENT |

1  The motion to dismiss the plaintiff's first amended complaint filed by defendant House Ear Clinic, Inc. was granted without leave to amend in a minute order entered on August 18, 2015.

WHEREFORE, JUDGMENT IS HEREBY ENTERED on behalf of defendant House Ear Clinic, Inc. against plaintiff Michael James Ryan.

DATED: 9/11/15

_____
HON. PHILIP S. GUTIERREZ
U.S. DISTRICT COURT JUDGE

**PROOF OF SERVICE BY MAIL - 1013a, 2015.5 C.C.P.**

STATE OF CALIFORNIA       ]
                          ] ss.
COUNTY OF LOS ANGELES     ]

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 865 South Figueroa Street, 32nd Floor, Los Angeles, California 90017-5431.

    On September 10, 2015, I served the foregoing document described as **[PROPOSED] JUDGMENT** on the interested parties in Re Michael James Ryan v. House Ear Clinic, et al., Court Case No. 2:14-CV-09958-PSG-JEMx, Our Matter No. 158.36801 CPW, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Michael Ryan, Plaintiff In Pro Per
4605 Penelope Lane
Plano, TX  75024
Phone:  (225) 610-9383
Email:  Ryan.sports@live.com; m.ryan@ryanlawfirmllc.com
Plaintiff in Pro Per

    I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on September 10, 2015, at Los Angeles, California.

_____
RUTH VOWELS

**Jasmin Karmiryan**

| | |
|---|---|
| **From:** | ProposedOrder_DoNotReply@cacd.uscourts.gov |
| **Sent:** | Thursday, September 10, 2015 9:40 AM |
| **To:** | Jasmin Karmiryan; Christopher Wend |
| **Subject:** | Proposed Orders (Confirmation): 2:14-CV-09958-PSG-JEMx |
| **Attachments:** | [Proposed] Judgment.pdf; 0163-DJO-PLD-JUDGMENT.wpd; 0162-DJO-PLD-ORDER-MTN2DISMISS.wpd; [Proposed} Order of Dismissal.pdf |

Thank you for submitting proposed documents. Attached are your files.