UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:14−cv−09958−PSG−JEM | Date | 9/30/2015 |
| Title | MICHAEL RYAN V. HOUSE EAR CLINIC | | |

Present: The Honorable   Philip S. Gutierrez , U. S. District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE RE LACK OF PROSECUTION

 IT IS HEREBY ORDERED that Plaintiff show cause in writing on or before October 14, 2015 why this action should not be dismissed for lack of prosecution.

 The Court will consider the filing of the following as an appropriate response to this Order to Show Cause.

 Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court.

_X_   Proof of Service of Summons and Complaint by Plaintiff.
___   Response to Complaint by Defendant(s) *OR* Request for Entry of Default by Plaintiff.
___   Motion for Entry of Default Judgment by Plaintiff *OR* Request to Clerk for Entry of Default Judgment by Plaintiff.

 Failure to respond in writing, may result in the dismissal of the entire action.

 Pursuant to Local Rule 5-4.5, one mandatory chambers copy of every electronically filed document must be delivered to Courtroom 880, no later than 12:00 p.m. on the following business day. Further, the mandatory chambers copy shall comply with Local Rule 11-3.

Initials of Preparer: _wm_